# Exhibit 1

# Jeweler's Resource




## A Reference of Gems, Metals, Formulas and Terminology for Jewelers

## Revised Edition




### Bruce G. Knuth



Jewelers Press

| | | |
|---|---|---|
| Stickpin | | A straight pin with an ornament at the head and a guard to cover the point. |
| Stitch | | A small burr of metal raised with a graver, used to help hold a part in place during soldering. |
| Strain | ◆ | Irregularity in the ordered structure of the atoms in a crystal. |
| Strass | | Glass containing a high amount of lead oxide and cut to simulate a gem. High lead glass has increased refractive index and dispersion, but the hardness is lowered. Named for its inventor Josef Strass. |
| Stretching | ⚒ | The process which involves striking a thick sheet with a ball peen hammer on a flat surface causing it to assume the form of a bowl. May be a preliminary step in raising. |
| Stripping | | The removal of a thin coating of metal from a surface. This may be by immersion in an acid bath or by reverse electroplating. |
| Substitute | ◆ | A substance used to imitate a more valuable gemstone. The substance may be natural or man-made. |
| Sweeps | | Collected metal scraps and filings mixed with unknown waste materials. |
| Synthetic | ◆ | A man-made gem that has nearly the same physical, optical and chemical properties of a natural gemstone. |
| T-Join | | The soldering of one piece of metal to another at a 90° angle, forming a T. |
| Table | ◆ | The horizontal flat surface on the crown of a facetted gemstone. *or* A dominant flat polished surface on a ring. |
| Tagua Nut | | Hard white kernel of the tagua tree in the tropical rain forests of South America, used as an ecologically sound substitute for elephant ivory. Also known as vegetable ivory. |
| Tarkashi | | The inlaying of wire into wood. |
| Tarnish | | The build-up of oxides on a metal's surface over time. |
| Tempering | | The heat treatment of metal, usually steel, to reduce brittleness and bring about a desired hardness. The metal is hardened, reheated to a prescribed temperature and quenched to retain the degree of hardness desired. |
| Tetragonal System ◆ | | A crystal system which consists of three axes, two of equal length and perpendicular to one another, the third perpendicular to the plane of the others. |
| Thrumming | | The use of an abrasive-charged string or strip of cloth to polish crevices, groves or openings in metal. |
| Tiffany Setting | | A solitaire setting for a facetted stone consisting of six long, slender prongs. Often incorrectly used to refer to any single prong set stone. |
| Tinning | | The coating of metal with tin by heating, immersing or electroplating. *or* The coating of a metal's surface with a thin layer of solder. |
| Tone | | The relative lightness or darkness of a color. |
| Torsion | | A strain in metal caused by twisting. |

*Stickpin with guard*

*Tetragonal crystal system*

*Tiffany setting for round brilliant*

Glossary    123

SPRINGER
REFERENCE



M. Manutchehr-Danai

# Dictionary of Gems and Gemology

Third Edition



Springer

**Tibet stone;** an obsolete term for eosite, an aventurine like quartz.

**Tibetan turquoise;** turquoise from Batang and Chando, Lhasa, Tibet.

**tical;** same as tickal.

**tickal;** a Myanmar (Burmese) unit of weight equal to 80 cts. Also spelled tical.

**tidal mining;** remaining alluvial gravel beds caused by tides in a flat coast area, in which ore or diamonds can be found.

**tie;** a Chinese term for an archer ring worn on thumb made of jade, frequently used instead as *kueh*. → Chinese ritual and symbol jades.

**tiff;** in South-East of Missouri for barite.

**tiff;** in South-West of Missouri for calcareous spar.

**Tiffany Diamond;** a fancy canary yellow, octahedron rough diamond of 287.42 cts, found around 1878 in South Africa. Cut into a cushion-shaped brilliant of 128.51 cts, with 90 facets, 40 facets on crown and



Tiffany Diamond

48 facets on the pavilion, a table and a culet. Bought by Tiffany and Co. in New York, USA in 1879 and still owned by them. Also called Tiffany Yellow Diamond, Yellow Tiffany Diamond, Canary Diamond.

**Tiffany head;** same as Tiffany setting.

**Tiffany Mine;** location of a turquoise mine near Los Cerillos, New Mexico, USA. Reportedly was mined till 1915.

**Tiffany mount;** same as Tiffany setting.

**Tiffany Queen Pearl;** another name for Queen Pearl.

**Tiffany setting;** a style of setting a transparent solitaire gemstone or diamond in a finger ring with six high prong head (frequently four prong) generally round in shape. Also called Tiffany head, Tiffany mount.

**Tiffany Yellow Diamond;** same as Tiffany Diamond.

**tiger amber;** a term used in China to a kind of transparent, brown striped amber, in Chinese is calling *hu peh*.

**Tiger of the Punjab;** → Koh-i-Nûr Diamond.

**tiger's-eye;** a variety of cat's-eye. The name is given to a highly chatoyant, translucent golden silky sheen



Crocidolite-quartz needles of tiger's-eye in thin section under microscopr

quartz, which is pseudomorphous after crocidolite a greenish-blue fibrous variety of riebeckite-asbestos, which changes its chemical composition but not the form. The coloration caused by oxidation of iron impurities usually limonite, which changes partially the color of crocidolite into yellow-gold and gold-brown before replacement by quartz. Sometimes blue, brown, green, or streaked colors can be seen. Frequently silicified or pseudomorph without alteration of the blue color has been, which is known as *sapphire-quartz, azure-quartz, siderite, hawk's-eye,* or *falcon's-eye*. When it is parti-colored in variegated blue and gold-brown it is known as *zebra crocidolite* or *zebra tiger-eye*. By heat treatment the limonite gold-brown crocidolite stones are changed to hematite to obtain red to brown red luster. Silky luster can be seen intensively, when cut en cabochon. Found in West Griquatown, South West Africa. Varieties are: binghamite, silkstone. Used as engraved gems, tumbled, ornamental objects and cut en cabochon. Occasionally stones that are dyed are easily distinguished. Also spelled tigereye, tiger-eye, and called tigerite.

**tiger's-eye cut;** cut en cabochon, engraved gems and items, tumbled, and ornamental objects.

**tiger's-eye cameo;** carving relief of classical motifs on tiger's-eye.

**Tiger-Eye Diamond;** a deep natural amber-colored rough diamond of 178.50 cts, found in 1913 in Droogefeld, Vaal River, South Africa. It was cut in Amsterdam into a brilliant of 61.50 cts. Whereabouts unknown.

**tigerite;** same as tiger's-eye.

**tiger's sandstone;** a kind of striped sand.

**tiger stripes in amethyst;** a typical liquid-filled ducts inclusion in parallel arrangement with a structure appear as striations similar to zebra or tiger stripes, which may occur due to some kind of growth disturbance or pressure may cause internal shearing. → Amethyst inclusions.

**tiki;** a local Maori term used for carved objects and figures from nephrite sometimes with eyes made of mother-of-pearl. Worn as a pendant by Maori women in New Zealand.

"Whenever anybody asks me about buying a diamond, I give them this book."
—Rob Bates, *National Jeweler* magazine

Includes Wholesalers' Secret Pricing Charts

# How to Buy a DIAMOND

7TH EDITION



## Insider Secrets for Getting Your Money's Worth

### FRED CUELLAR

Diamond Advisor to the *Wall Street Journal*, *Us Weekly*, *Newsweek*, *Cosmopolitan*, *InStyle*, the *Washington Post*, and MSNBC

# Chapter 3
# Ring Settings

Once you have decided on a diamond, you'll need to select a setting. I mean, diamonds are beautiful, but what good are they unless you can wear them?

There are three basic types of ring settings: the Tiffany setting, bridal sets, and diamond wedding rings.

## Tiffany

The Tiffany Setting, named after the famed jeweler Louis C. Tiffany, is a simple, elegant setting that lets the diamond be the star of the show and be in the spotlight. In a Tiffany Setting, the stone is held by four to six prongs, depending on the shape of the diamond.



Three basic styles of settings: Bridal Set (far left), the Tiffany (middle), and Diamond Wedding Ring (right).

# Appendix D

# Diamond Guy Q&A

◆─────────────────────────────────◆

I HAVE PICKED A few of my favorite questions and thought I would share them with you here. If you have any questions of your own, I can be reached at www.diamondcuttersintl.com or through my HelpLine, 1-800-275-4047 or 713-222-2728.

## SUBJECT: CLEANING A DIAMOND

What is the proper way to clean a diamond? I use alcohol sometimes, and other times, I use Efferdent denture cleaner. Can either of these damage my diamonds?

### ANSWER

I recommend cleaning your ring daily. There is no better home care system than household ammonia and a good ultrasonic toothbrush. Let the ring soak and then use an ultrasonic toothbrush to get to any hard-to-reach crevices. Ultrasonic toothbrushes cost between $30–$200 and are available in most major department stores.

## SUBJECT: TIFFANY SETTING

What is a Tiffany setting?

### ANSWER

A Tiffany setting is generally a 2–2.5 mm band with a 4-or 6-prong head. No side diamonds.

The bestselling guide, now updated to cover new trends in dresses, cakes, flowers, customs, and rites!

# Wedding Planning FOR DUMMIES®

**2nd Edition**



Marcy Blum
Twice named "Best Wedding Planner" by New York Magazine

Laura Fisher Kaiser
Freelance writer

**A Reference for the Rest of Us!®**



FREE eTips at dummies.com®

Case 1:13-cv-01041-LTS   Document 5-1   Filed 03/08/13   Page 10 of 17

The next generation of synthetics has succeeded in growing cultured diamonds that are literally perfect and significantly less expensive than natural ones or moissanite. The high-quality stones have been so impressive that De Beers Diamond Trading Company, the London-based cartel that controls the diamond business, has launched a program to help international gem labs distinguish between man-made and mined stones by using high-tech equipment. It remains to be seen whether consumers will care about the difference between a test-tube diamond and a hand-mined one, as long as they're getting more rock for the buck.

## Setting Pretty

A ring's setting is like the right picture frame that sets off a masterpiece to its best advantage. The ring must also be in proportion to your hand. An elaborate setting may camouflage flaws in a stone. In fact, an *illusion setting*, which looks like a little box in which the stone sits (see Figure 20-3), is almost certainly a sign that the stone has something to hide. Particularly distinctive settings, however, may bear the designer's insignia inside the ring, whether the design is elaborate or minimalist.

Classic settings include

- **Bezel:** Streamlined setting with no prongs. The stone sits close to the finger. May reduce appearance of brilliance because light can't enter from the sides. Works well with two different metals such as yellow gold and platinum.
- **Carved scroll:** Victorian setting that became an international trend. Elaborate scrollwork surrounds the stone.
- **Channel:** Used in mounting a number of smaller stones of uniform size in a row. (See Figure 20-3.)
- **Cluster:** A large stone surrounded by smaller stones.
- **Gypsy:** Stone lies flush with the band. Metal around the stone is much heavier than around the shank. (See Figure 20-3.)
- **Invisible:** No visible metal prongs or channels. Stones are cut and fit so precisely that no gaps exist between them. These settings cost more because stones must match very closely.
- **Pavé:** Small stones set together in a cluster with no metal showing through.
- **Prong:** Four or six metal claws grasp onto the gemstone. A six-prong setting is often called a Tiffany setting.
- **Silver cups:** Edges crimped beneath the stones to reflect light. This design originated in the late 1700s.

- **Solitaire:** A single gemstone mounted without ornamental side stones, usually with four or six prongs.
- **Tension:** Diamond appears to be almost floating, barely held in place at the girdle.
- **Tiffany:** Uses six prongs.

Settings

  

Illusion     Gypsy     Channel

Figure 20-3: A stone can look vastly different depending on what kind of setting it sits in.

## Metal Matters

The metal of your ring should flatter both your skin tone and the color of the stone. You may need to weigh aesthetics against practicality. For example, 18-karat gold is a brighter yellow than 14-karat, but more expensive and not as hard. On the other hand (so to speak), 18-karat white gold is white, less likely to cause allergic reactions, and more affordable than 14-karat white. Platinum is the most expensive, but beautiful, and both hard and resilient. If you want to go the gold route and can't decide whether you like yellow, white, or pink gold the best, tricolor rolling rings feature all three.

Whatever metal you choose, you may have the ring designed with a matte or satin finish, patterns such as delicate flowers or swirling paisleys, or detailed edgings such as *milgrain* (like tiny beads) or a soft bevel known as *comfort fit*.



Orthodox Jews believe that wedding rings should be plain with no jewels or stones that may impede the eternal, heavenly circle of life and happiness.

# Tiffany mount

From Wikipedia, the free encyclopedia

A **Tiffany mount** or **Tiffany setting** is a set of prongs (called a claw, crown, or coronet) that hold a gemstone and attach it to a plain band ring. It is a common setting for a diamond solitaire engagement ring. It is named after Tiffany & Co., which popularized it.

It is inexpensive and easy to re-use, so most jewelers will accept returns of this setting and re-set the diamond in a different ring more to the bride-to-be's liking. (This is most often done just before getting married, to move the diamond into a wedding set of wedding band and engagement ring that are matched and often locked together.)

The Tiffany mount can also show off the diamond and may maximize its radiance. Quality settings do not snag on clothing, as the prongs are firmly attached to the diamond and well finished.



A Tiffany-mounted diamond in a gold ring.

## See also

- Diamond
- Engagement ring
- Tension ring
- Tiffany & Co.

Retrieved from "http://en.wikipedia.org/w/index.php?title=Tiffany_mount&oldid=509167148"
Categories: Diamond | Marriage | Rings | Fashion stubs

---

- This page was last modified on 26 August 2012 at 00:14.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of Use for details. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Case 1:13-cv-01041-LTS  Document 1  Filed 02/08/13  Page 13 of 17

# About.com Antiques

Share

## Tiffany setting
From Troy Segal

Free Antiques Newsletter!
Enter email address    Sign Up
**Discuss** in my forum

**Definition:** a type of setting for a solitaire stone, in which several claw-like prongs (usually six, but sometimes four) hold the gem around the thickest part of its edge, lifting it above the band; this allows light to penetrate both the top and the sides of the stone, ensuring the maximum amount of sparkle; named after Tiffany & Co., which invented the setting in 1886; an innovation when it first appeared - traditionally, stones had been set deep into the band's shank - the setting has become a standard for diamond engagement rings as well as stud earrings; essentially unchanged since its introduction, though the prongs have become slimmer



**Example:** The first Tiffany settings were made of platinum, and since that white metal is nearly invisible against a diamond, a Tiffany-set diamond ring truly seemed to float on the wearer's finger.

**Related Searches**  Diamond Engagement Rings   Stud Earrings   Tiffany Co   S Finger   Prongs   Diamond Ring



### Special Offers and Product Promotions

- **Six-Month Financing:** Make any purchase on Amazon totaling $149 or more using the Amazon.com Store Card and pay no interest if paid in full within 6 months. Interest will be charged to your account from the purchase date if the promotional balance is not paid in full within 6 months. Minimum monthly payments required. 1-Click and phone orders do not apply. See details and restrictions.

### Product Specifications

**Jewelry Information**

| | |
|---|---|
| Brand, Seller, or Collection Name | 1000 Jewels |
| Metal stamp | 925 Sterling |
| Metal | Sterling silver |
| Gem Type | Cubic zirconia |
| Minimum total gem weight | 1.25 carats |
| Width | 7 millimeters |
| Resizable | No |
| Stone Weight | 1.25 carats |

**Cubic-Zirconia Information**

| | |
|---|---|
| Stone shape | Round brilliant |
| Minimum color | D-F |
| Minimum clarity | FL |
| Cut | ideal-cut |

### Customers Who Viewed This Item Also Viewed

Page 1 of 12


1.25 Carat Round Brilliant Cubic Zirconia CZ Sterling


Classic 1.25ct CZ Sterling Silver Solitaire


Brilliant Cut Clear Cubic Zirconia Solitaire 3mm




Classic Sterling Silver 1.75 ct Solitaire Engagement



# G n W Designs

Call Us: 800-485-1725  Local: 562 365-9743

Home | Shopping Cart | Help | Contact Us

advanced search

Cart is empty

Home :: RING SETTINGS :: SOLITAIRE RING :: Round :: 6 Prong High Setting :: 2.5 6 prong Solitaire Tiffany Setting

Printable version

## 2.5 6 prong Solitaire Tiffany Setting



Heavy white gold Shank. It is 2.3mm wide at the top tapering down to 2.0mm at the bottom. This is a Tall 14k white gold head, it is die stuck not cast (much stronger).

| | |
|---|---|
| SKU | 211110 |
| Grams | 2.67 |
| Stone Sizes | 2.5 carat, 8.8mm Round |
| Metal | 14k |
| Order Processing | 3-5 Days |

Your price: **$175.09**

Finger Size  [ 4 ]

Qty [ 1 ]   Add to cart

Like 0    Tweet 0

**ASK A QUESTION ABOUT THIS PRODUCT**

### Categories

- RING SETTINGS
- PENDANT SETTINGS
- EARRING SETTINGS
- FINDINGS
- COIN MOUNTINGS
- CLASPS
- BEADS
- CHAINS
- CUSTOM DESIGNS
- LOOSE STONES
- SUPPLIES

### Recently Viewed


9.5 x 4.7 mm 6-Prong w/Peg, Marquise
$58.45


10.5 x 6 mm 6-Prong w/Peg, Marquise
$74.56

### Bestsellers



.25 6 prong Solitaire Tiffany Setting
$134.16

### Customers also bought


3.5mm V end Prong Princess Setting
$34.00


6.5mm Princess Cut Solitaire Ring Setting
$172.74


3.4mm Round Loose Diamond
$228.50


7x5 Oval Amethyst
$13.79


6.5mm Round 18k Earring Screw Post
$63.17


8.0mm Spring Ring
$37.20



Item#: 391100



Hover to Zoom

Tweet    0    Like  0    Send

| Overview | Details | Includes: |

### Platinum Tiffany style solitaire diamond engagement ring

Item#: 391100

With classic simplicity, this Tiffany style solitaire setting is made in platinum. The mounting features a four prong head to secure the center diamond. The setting tapers slightly from 2.5 millimeters wide at the shoulders down to 2.0 millimeters wide at the bottom. It also gracefully tapers in near the center of the ring at the head. The setting features a slightly squared high polish shank.

**Price: $895.00**

**Finger Size** [ ]
> Find My Ring Size

**Quantity:** [1]   [Add to Cart]

> Money Back Guarantee
> See This Item in Store
> Ask Questions About This Item
> Tell a Friend About This Item

