# EXHIBIT 2









Dear Costco Member:

At the time of purchase, the product you are acquiring will come with an <u>IGI appraisal</u>, (International Gemological Information). Please make note of the certificate you are receiving today.

In the event that this item needs to be returned for any reason, it is imperative that the <u>IGI</u> appraisal is returned with the product.

This document is included in the cost of the item you purchased and is necessary as a part of the return.

Thank you for your purchase!

# Appraisal
## Costco Wholesale

02/04/13

To Whom It May Concern:

We hereby certify that we have examined the following listed and described article(s):

**ITEM#**　　　**639911**



**Lady's, platinum and diamond solitaire ring. Set in the center of the ring is one round brilliant cut diamond weighing 0.70cts or greater. The diamond clarity is VS-2 or better. The diamond color is I or better.**

It is important to have your jewelry properly insured in case of loss, theft or damage. We recommend having your jewelry checked every six months by a professional jeweler to ensure the integrity of the piece. Normal everyday wear, changing the size of a ring, or altering a piece of jewelry in any way may result in worn metal and loose or lost gemstones.

Colored gemstones are commonly treated to enhance their color.

Costco's diamonds are in compliance with the Kimberley Process. For information, search Diamond FAQS on www.Costco.com.

**Estimated Retail Replacement Value:** **$4,525.00**

The appraised value can be used for insurance purposes.

*Lisa L. Switzer, G.G.*

**Graduate Gemologist (GIA) #**　　**1760130**



Expertise issued by I.G.I.
Head Office and Laboratories.
www.igiworldwide.com

# INTERNATIONAL GEMOLOGICAL INFORMATION

IGI

A DIVISION OF
INTERNATIONAL GEMOLOGICAL INSTITUTE

## SUMMATION OF APPRAISAL

The following were, at the time of the examination, the characteristics, determining the appraised value of the article, based upon generally accepted grading techniques.

08/21/2012

DESCRIPTION OF ARTICLE(S): ONE PLATINUM MOUNTING (RING), WEIGHING IN TOTAL APPROX. 3.5 DWT., STAMPED "PLAT" WITH LOGO, CONTAINING ONE NATURAL DIAMOND, ROUND BRILLIANT CUT, MEASURING: 6.41 - 6.44 x 3.98 MM., WEIGHT: 1.01 CARATS, DEPTH: 61.9%, TABLE: 58%, GIRDLE: SLIGHTLY THICK, FACETED, CULET: NONE, COLOR: NEAR COLORLESS (H), CLARITY: VS(2), FLUORESCENCE: NONE, POLISH/SYMMETRY: EXCELLENT/EXCELLENT.

TOTAL ESTIMATED RETAIL REPLACEMENT VALUE: $ 14,455.00

COMMENTS: GRADED PRIOR TO MOUNTING. GIRDLE LASERSCRIBED "IGI 2-324-486". THIS REPORT IS FOR INSURANCE PURPOSES. STONE# 2-324-486

REPORT # 2953272

The exacting process of testing and identifying precious metals and gemstones is performed by experienced gemologists using state of the art scientific instruments. These instruments listed below enable the gemologist to evaluate the precious metals and gemstones characteristics.
Baush & Lomb Binocular Microscope • Ultra-violet lite • Mineralight • Hand Held Spectroscope • Polariscope • Diamond Probe • Refractometer • Dichroscope • Polaroid Filter • Chelsea Filter Stone & Acid • Leveridge gauge • DiamondSure • DiamondView • Raman photo Luminescence Spectrophotometer • UV-Vis-Near & Mid Range Infrared Spectrophotometer

PHOTOGRAPH APPROX.

Confirmed by the Presiding Officer of
INTERNATIONAL GEMOLOGICAL INFORMATION
A Division Of International Gemological Institute, Inc.

NOTICE: SEE TERMS AND CONDITIONS ON REVERSE.

FOR A COMPLETE GEMOLOGICAL APPRAISAL REPORT WITH REGARD TO THE ARTICLE OF JEWELRY DESCRIBED CONTACT I.G.I. WITH SUMMATION NUMBER.

SUMMATION
NUMBER:    2953272

© 2005 International Gemological Institute, Inc.