# EXHIBIT D

55
.80 CTW
ACE
KT W
43

605880
PLATINUM TIFFANY VS2.1
1.00CT ROUND BRILLIANT
DIAMOND SOLITAIRE RING
6399.99

6539



655974
14KT YELLOW GOLD
2.00CTW VS2,I ROUND
DIAMOND HOOP EARRINGS

2799.99

639911
PLATINUM TIFFANY
.70CT VS2,I ROUND
DIAMOND RING

3199.99