# EXHIBIT 10

CHECK OUT | VIEW CART | ORDER STATUS | MY ACCOUNT | LOGIN | HELP | LOCATIONS

COSTCO

[search] [GO] SHOP BUSINESS SERVICES PHARMACY TRAVEL PHOTO CENTER MEMBERSHIP

What's New | Appliances | Auto | Baby | Books | Computers | Electronics | Floral & Events | Food & Wine | Funeral | Furniture | Hardware | Health & Beauty | Home Decor | Housewares | Instruments | Jewelry & Fashion | Movies | Office | Outdoor | Pets | Sports | Toys | View All

⇦ jewelry & fashion | diamond solitaires | radiant ring
⇦ back to category

- product information
- product description
- shipping & terms
- shopping information
- membership information
- customer service

⇦ next product ⇨

2.16 ct, VS1 clarity, G color
Platinum
Only One Available
**$18,899.99**
Item # 845349
Shipping & Handling: $91.10

[add to cart]

[enlarge image]

A remarkable 2.16 ct radiant cut one-of-a-kind diamond ring set in a platinum tiffany setting.

- Weight: 2.16 ct
- Clarity: Very Slightly Included (VS1)
- Color: Near Colorless (G)
- Available in size 7; sizeable to any size (Costco does not provide this service)

This diamond comes with a Summation Of Appraisal certificate from the International Gemological Institute (IGI). This is to certify that the diamond described above is genuine, and has been independently examined in the laboratories of IGI. To view this certificate, with detailed information regarding the clarity, culet and color, click here".

Shipping & Terms

"If you do not have the Adobe Acrobat Reader, which will allow you to view this type of PDF document, visit the Adobe website at www.adobe.com to download this software. Adobe, Acrobat, and Acrobat Reader are either registered trademarks or trademarks of Adobe Systems Incorporated in the United States and/or other countries.

Also included with this diamond is a GIA (Gemological Institute of America), Gem Trade Laboratory, Diamond Grading Report. Gem Trade Laboratory is a division of GIA Enterprises, Inc., a wholly owned subsidiary of the nonprofit Gemological Institute of America, Inc. This describes the characteristics of the diamond at the time of the examination

Costco Online

⇦ jewelry | diamond solitaires

⇦ next product ⇨



### 1.17 ct Round Diamond Ring
Only One Available
**$6,199.99**
Item # 385399
Shipping & Handling: $29.35

☐ add to cart

A remarkable 1.17 ct round one-of-a-kind diamond ring set in a 14 kt yellow gold tiffany setting.

- Weight: 1.17 ct
- Clarity: Very Slightly Included (VS2)
- Color: Near Colorless (H)
- Available in size 7; sizeable to any size (Costco does not provide this service).

This diamond comes with a certificate from the International Gemological Institute. This Summation Of Appraisal is to certify that the diamond described hereon is genuine and has been independently examined in the laboratories of IGI. This diamond also comes with a Diamond Grading Report from the Gem Trade Laboratory, a division of GIA Enterprises, Inc., a wholly owned subsidiary of the nonprofit Gemological Institute of America, Inc. This describes the characteristics of the diamond at the time of the examination based upon 10x magnification.

Costco is so confident of our diamond quality that we offer a special money-back guarantee. If your purchase is not appraised at twice your purchase price, we'll pay for the appraisal, give you $100 for your inconvenience and give you a complete refund. Appraisal must be done by a Certified Gemologist.

Standard shipping is via UPS 2nd Day Air, insured. Signature is required. The estimated delivery time will be approximately five (5) business days.

Costco.com products can be returned to any of our more than 330 Costco warehouses worldwide.

[Model RD117-2554843]

⇧ top of page