**DICKSTEIN**SHAPIRO LLP

1633 Broadway | New York, NY 10019-6708
TEL (212) 277-6500 | FAX (212) 277-6501 | dicksteinshapiro.com

December 9, 2013

**BY E-FILING**

Hon. Debra C. Freeman
U.S. Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:   *Tiffany and Company, et ano. v. Costco Wholesale Corporation*
              *Case No. 13 Civ. 1041 (LTS)(DCF)*

Dear Judge Freeman:

We write to supplement plaintiffs' request to extend the dates in the pretrial order by 45 days to apprise the Court that at 10:30 PM on Friday evening, we received by e-mail four additional expert reports from defendant as rebuttal, making it five experts defendant has now retained. Only one expert deposition of defendant has been completed. Two of the rebuttal experts are new to the case, and the expert we deposed will need to be recalled to testify about his rebuttal. Depositions of the new experts, as well as a re-deposition of the prior expert, will need to be scheduled. This development was not known to us at the time we filed our request for an extension, nor was it disclosed in the opposition letter from defendant to the Court.

                                                          Respectfully submitted,

                                                          Jeffrey A. Mitchell

cc:    James W. Dabney, Esq.
        Victoria J. B. Doyle, Esq.
        Richard Koehl, Esq.
        Don Abraham, Esq.
        Judith R. Cohen, Esq.

Los Angeles | New York | Orange County | Silicon Valley | Stamford | Washington, DC

DOCSNY-553772