UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIFFANY AND COMPANY and TIFFANY (NJ) LLC,<br><br>    Plaintiffs and Counter-Defendants,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant and Counter-Plaintiff. | ECF CASE<br><br>No. 13CV1041-LTS-DCF<br><br>**NOTICE OF APPEAL** |

    Pursuant to 28 U.S.C. § 1292(a)(1), Costco Wholesale Corporation hereby appeals to the United States Court of Appeals for the Second Circuit from the district court's Order filed September 8, 2015 (docket item 175) which granted summary judgment dismissing Costco's counterclaim and prayers for injunctive relief against the plaintiffs-appellees.

Dated: New York, New York
       September 15, 2015

HUGHES HUBBARD & REED LLP

By:    /s/ James W. Dabney
        James W. Dabney
        Richard M. Koehl
        Emma L. Baratta

One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
E-mail: james.dabney@hugheshubbard.com

Attorneys for Defendant-Appellant
Costco Wholesale Corporation

66646634