UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

TIFFANY AND COMPANY and
TIFFANY (NJ) LLC     Plaintiff,

Case No. 13CV1041-LTS-DCF

-against-

COSTCO WHOLESALE
CORPORATION     Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending         [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Emma Leigh Baratta
FILL IN ATTORNEY NAME

My SDNY Bar Number is: EB8030     My State Bar Number is 5018627

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Fried, Frank, Harris, Shriver & Jacobson LLP
              FIRM ADDRESS: One New York Plaza, New York, NY 10004
              FIRM TELEPHONE NUMBER: 212-859-8000
              FIRM FAX NUMBER: 212-859-4000

NEW FIRM:     FIRM NAME: Hughes Hubbard & Reed LLP
              FIRM ADDRESS: One Battery Park Plaza, New York, NY 10004
              FIRM TELEPHONE NUMBER: 212-837-6000
              FIRM FAX NUMBER: 212-422-4726

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 9/22/2015

ATTORNEY'S SIGNATURE