UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

TIFFANY AND COMPANY and
TIFFANY (NJ) LLC,

       Plaintiffs,

   -v-

COSTCO WHOLESALE CORP.,

       Defendant.

------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-25-2015

No.  13CIV1041-LTS-DCF

ORDER

      The appearances listed on the first page of the Opinion and Order filed in this

action on September 8, 2015 (Docket Entry No. 175), are hereby amended to read in their entirety

as follows:

APPEARANCES:

DICKSTEIN SHAPIRO LLP
By:  Jeffrey A. Mitchell, Esq.
     Don Abraham, Esq.
     Judith R. Cohen, Esq.
1633 Broadway
New York, NY 10019-6708

*Attorneys for Plaintiffs Tiffany and Company
& Tiffany NJ (LLC)*

HUGHES HUBBARD & REED LLP
By:  James W. Dabney, Esq.
     Richard M. Koehl, Esq.
     Emma L. Baratta, Esq.
One Battery Park Plaza
New York, NY 10004-1482

*Attorneys for Defendant Costco Wholesale
Corporation*

        SO ORDERED.

Dated: New York, New York
      September 25, 2015

LAURA TAYLOR SWAIN
United States District Judge