**DICKSTEIN**SHAPIRO LLP

1633 Broadway | New York, NY 10019-6708
TEL (212) 277-6500 | FAX (212) 277-6501 | dicksteinshapiro.com
*Direct Dial: (212) 277-6691*
*Direct Fax: (917) 591-0941*
*MitchellJ@dicksteinshapiro.com*

October 6, 2015

MEMO ENDORSED

**Via ECF**

Hon. Laura Taylor Swain
United States District Court Judge
United States District Court S.D.N.Y.
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10-7-2015

Re:   *Tiffany and Company, et. ano. v. Costco Wholesale Corporation*,
      Case No. 13 Civ. 1041(LTS)(DCF)

Dear Judge Swain:

      We write on behalf of the Plaintiffs, to request an adjournment of the filing date for the Joint Final Trial Report ("JFTR") and other submissions required prior to the final pre-trial conference in this matter. We have discussed this request with counsel for Defendant and they have no objection.

      The final pre-trial conference is now scheduled for November 10, 2015 at 3:30 p.m. Pursuant to Pre-Trial Scheduling Order No. 4 (ECF No. 96) and the Pilot Project, the JFTR and other submissions will be due on October 13, 2015, 28 days before the conference date. (We note that under the paragraph 6.b. of the Scheduling Order motions *in limine* must be filed and served 30 days before the conference date, whereas such motions are to accompany the JFTR under IV. D. 2. Of the Pilot Project.) The paralegal who has worked with us on this case since its inception, including document production and preparing all exhibits for depositions and the summary judgment motion, will be having surgery at the end of this week and expects to be out of the office for approximately one week. Her involvement in this stage of the case is essential and for that reason we respectfully request that the filing date for all submissions (including motions *in limine*) be adjourned from October 13 to October 27, 2015.

Los Angeles | New York | Stamford | Washington, DC

DOCSNY-592493 v1

**DICKSTEIN**SHAPIRO LLP

Hon. Laura Taylor Swain
October 6, 2015
Page 2

      We appreciate the Court's consideration of this request and are available if the Court has any questions.

Respectfully submitted,

*Jeffrey A. Mitchell*

*Ewa M. Abrams,*
Tiffany & Co. Vice President –
Associate General Counsel
and Chief Privacy Officer

JAM

cc: James W. Dabney, Esq.
    Ross Lipman, Esq.
    Richard M. Koehl, Esq.
    Emma L. Baratta, Esq.
    Judith R. Cohen, Esq.

*The requested extension of the due date to October 27, 2015, is granted. To provide sufficient time for briefing of any motions in limine before the final pretrial conference, the conference is adjourned to November 24, 2015, at 2:30 PM.*

**SO ORDERED:**

10/7/15
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

DOCSNY-592493 v1