UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

TIFFANY AND COMPANY and
TIFFANY (NJ) LLC,

        Plaintiffs,

  -v-                                          No. 13CIV1041-LTS-DCF

COSTCO WHOLESALE CORP.,

        Defendant.

-------------------------------------------------------x

<u>SDC SDNY</u>
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-16-2015

## ORDER

The Court is in receipt of Tiffany's October 15, 2015, letter requesting that the Court: (1) direct Costco to exchange proposed exhibit lists by October 16, 2015; (2) reject Costco's request to reopen discovery in order to take an additional deposition; and (3) direct Costco to engage in good faith settlement discussions. (See Docket Entry No. 186.) Costco must file any opposition to Tiffany's letter motion by **Monday, October 19, 2015 at 10:00 a.m.**, with a courtesy copy to Chambers.

        SO ORDERED.

Dated: New York, New York
       October 16, 2015

                                                      LAURA TAYLOR SWAIN
                                                      United States District Judge