UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

TIFFANY AND COMPANY
and TIFFANY (NJ) LLC,          Plaintiff,

Case No. 13 Civ. 1041 (LTS)(DCF)

-against-

COSTCO WHOLESALE
CORPORATION,                   Defendant.

---

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Jeffrey A. Mitchell**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JM5323     My State Bar Number is 1756139

I am,
[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Dickstein Shapiro LLP
             FIRM ADDRESS: 1633 Broadway, New York, New York 10019
             FIRM TELEPHONE NUMBER: (212) 277-6500
             FIRM FAX NUMBER: (212) 277-6501

NEW FIRM:    FIRM NAME: Browne George Ross LLP
             FIRM ADDRESS: 5 Penn Plaza, Suite 24B, New York, NY 10001
             FIRM TELEPHONE NUMBER: (212) 413-2600
             FIRM FAX NUMBER: (212) 413-2629

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: January 4, 2016

ATTORNEY'S SIGNATURE