**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

TIFFANY AND COMPANY and TIFFANY
(NJ) LLC,

                    Plaintiffs,

        -against-

COSTCO WHOLESALE CORP.,

                    Defendant.
------------------------------------------------------------X

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/2017

13 **CIVIL** 1041 (LTS) (DCF)

**JUDGMENT**

Whereas this action having come before the Court, and the matter having come before the Honorable Laura Taylor Swain, United States District Judge, and the Court, on August 24, 2017, having rendered its Order that in its Memorandum and Order entered August 14, 2017, this Court stated that it would enter judgment in favor of the Plaintiffs for the trebled profits in the amount of $11.1 million plus prejudgment interest at 28 U.S.C. § 6621 (a)(2) rate for the period from February 15, 2013 through the date of Judgment and $8.25 million in punitive damages unless the Plaintiff's elected, within seven days, to receive $2 million is statutory damages in lieu of the trebled profits; as Plaintiffs have made no such election, directing the Clerk of the Court to enter judgment in favor of the Plaintiffs in the amount of $21,010,438.35, representing $11.1 million in trebled profits, $1,660,435.35 in prejudgment interest in such profits , and $8.25 million in punitive damages, also directing the Clerk of Court to close the case, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 24, 2017, Judgment is entered in favor of the Plaintiffs in the amount of $21,010,438.35; accordingly, the case is closed.

**Dated:** New York, New York
       August 25, 2017

                    **RUBY J. KRAJICK**

                      **Clerk of Court**

      **BY:**

                      **Deputy Clerk**

              **THIS DOCUMENT WAS ENTERED**
              **ON THE DOCKET ON** 8/25/2017