```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
TIFFANY AND COMPANY and TIFFANY (NJ) LLC,                          :
                                                                   :
                        Plaintiffs,                                :
                                                                   :          13-cv-1041 (LJL)
        -v-                                                        :
                                                                   :          ORDER
COSTCO WHOLESALE CORP.,                                            :
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2020

LEWIS J. LIMAN, United States District Judge:

      This matter has been reassigned to the Court for all purposes.  The parties are directed to submit a joint status report to the Court by October 22, 2020.  The status report should address the following issues:

      1. The issues that remain to be tried;
      2. Any pretrial motions or other work to be done necessary to bring the matter to trial;
      3. The parties' estimates of how soon they would be prepared to go to trial on the matter;
      4. The number of days each side proposes to present its case at trial;
      5. The willingness of the parties to waive a jury trial and try the case to the bench;
      6. The prospects for settlement;
      7. Any efforts that have been taken by the parties to try to reach settlement;
      8. Any other matter to be raised with the Court.

      SO ORDERED.

Dated: September 23, 2020
       New York, New York

                                                 LEWIS J. LIMAN
                                                 United States District Judge