```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
TIFFANY & CO. and TIFFANY (NJ) LLC,                :
:
Plaintiffs,       :
:    13-cv-1041 (LJL)
-v-             :
:    ORDER
COSTCO WHOLESALE CORP.,                            :
:
Defendant.        :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The parties are directed to appear for a telephonic status conference on January 12, 2021 at 11:00 a.m. Parties are directed to call 888-251-2909 and use the access code 2123101.

      SO ORDERED.

Dated: November 23, 2020
       New York, New York
                                         LEWIS J. LIMAN
                                     United States District Judge