UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TIFFANY AND COMPANY and  :
TIFFANY (NJ) LLC,  :
                  Plaintiffs,  :
                  -v-  : No. 13-cv-1041(LJL)
COSTCO WHOLESALE CORP.,  :
                  Defendant.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Helen V. Cantwell of Debevoise & Plimpton LLP hereby appears on behalf of defendant Costco Wholesale Corp. in the above captioned case.

Dated: New York, New York
      May 13, 2021

                                DEBEVOISE & PLIMPTON LLP

                                By: */s/ Helen V. Cantwell*
                                    Helen V. Cantwell
                                    919 Third Avenue
                                    New York, New York  10022
                                    (212) 909-6000
                                    hcantwell@debevoise.com

                                *Attorneys for Defendant*