

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

June 30, 2021

<u>BY ECF</u>

Hon. Lewis J. Liman
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Tiffany and Company et al. v. Costco Wholesale Corporation**
**Case No. 13-cv-01041**

Dear Judge Liman:

We represent Defendant Costco Wholesale Corporation in the above-referenced matter. Now that depositions of substitute experts have been completed (ECF No. 521), the parties have been engaged in renewed settlement discussions. So that the parties may focus their efforts and attention on those discussions, the parties jointly respectfully request a one-week adjournment of the upcoming deadline for *Daubert* motions, currently due on July 12, 2021 (ECF No. 521).

Under the new proposed schedule, *Daubert* motions (including motions to strike, exclude or limit the scope of the Substitute Expert's opinions) will be due on July 19, 2021, responses will be due on August 13, 2021, and replies will be due on August 25, 2021.

There have been no prior requests for an adjournment of the briefing schedule for the *Daubert* motions. The parties' next scheduled appearance before the Court is for trial on October 4, 2021.

The parties are available if the Court has any questions.

Respectfully submitted,

*/s/*

Jared I. Kagan

cc:  All Counsel of Record (via ECF)