

5 Penn Plaza, 24th Floor
New York, NY 10001
www.bgrfirm.com

Jeffrey A. Mitchell
212.413.2601
jmitchell@bgrfirm.com

July 6, 2021

**BY CM-ECF**

Hon. Lewis J. Liman
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York  10007

    Re:    *Tiffany and Company, et ano v. Costco Wholesale Corporation*
               Case No. 13 Civ. 1041 (LJL)(DCF)

Dear Judge Liman:

    This firm no longer represents the Plaintiffs in the above matter, which are now represented by attorneys from Proskauer Rose LLP.

    We respectfully request, therefore, that the appearances of Brett D. Katz, Judith R. Cohen and I are withdrawn from this action, the withdrawals noted on the docket, and our names removed from the ECF distribution list.

    Thank you for your attention to this matter.

                                                                   Respectfully submitted,

                                                                   s/Jeffrey A. Mitchell
                                                                     Jeffrey A. Mitchell

jam:eis
cc:    All Counsel of Record (by CM-ECF)

1811224.1