UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TIFFANY AND COMPANY and TIFFANY (NJ) LLC,

                      Plaintiffs,

v.

COSTCO WHOLESALE CORPORATION,

                      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 13-cv-1041(LJL)

ECF Case

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

Dated: July 19, 2021

| | |
|---|---|
| PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, New York 10036<br>Tel:   (212) 969-3000 | DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br>Tel:   (212) 909-6696 |
| By: */s/ Brendan J. O'Rourke*[1]<br>    Brendan J. O'Rourke<br>    (borourke@proskauer.com)<br>    Lee M. Popkin<br>    (lpopkin@proskauer.com)<br>    Tiffany M. Woo<br>    (twoo@proskauer.com) | By: */s/ David H. Bernstein*<br>    David H. Bernstein<br>    (dhbernstein@debevoise.com)<br>    Michael Schaper<br>    (mschaper@debevoise.com)<br>    Jared I. Kagan<br>    (jikagan@debevoise.com) |
| *Counsel for Plaintiffs Tiffany and Company and Tiffany (NJ) LLC* | *Counsel for Defendant Costco Wholesale Corporation* |

---

[1] Mr. O'Rourke has consented to submission of this stipulation pursuant to SDNY ECF Rule 8.5.